IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH W. MILLS,

    Plaintiff,                    No. CIV S-05-1291 GEB KJM P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.                ORDER

                                  /

        Plaintiff, a California prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis under 28 U.S.C. § 1915. However, the request is not on this district's current form, which includes a certification that must be completed by plaintiff's institution of incarceration. Also, plaintiff has not filed a certified copy of his prisoner trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy of his prisoner trust account statement in support of his application.

/////

/////

/////

1

1 | In accordance with the above, IT IS HEREBY ORDERED that:

2 | 1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
mill1291.3c

2