IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH W. MILLS,

    Petitioner,            No. CIV S-05-1291 GEB KJM P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.        <u>FINDINGS & RECOMMENDATIONS</u>

                            /

        By an order filed July 1, 2005, petitioner was ordered to file a completed in forma pauperis affidavit within thirty days. Petitioner was warned that failure to comply with the July 1 order would result in a recommendation that this action be dismissed. The thirty day period has now expired, and petitioner has not responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

/////

/////

1

1  Findings and Recommendations." Petitioner is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).
4  DATED: October 20, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

11  1/kf
    mill1291.fpf